UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60317-CR-MORENO

UNITED STATES OF AMERICA,
            Plaintiff,
vs.

KEETRON BATTEN,

            Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The matter was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on defendant's competency issue **[D.E. #27]**. The Magistrate Judge filed a Report and Recommendation **[D.E. #36]**. The Court has reviewed the entire file and record. Therefore, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**.

DONE and ORDERED in Miami-Dade County, Florida this 14ᵗʰ day of September, 2018, ~~~~ ~~~~.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge Lauren Louis
All counsel of record