UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-CR-60317-ROSENBERG/AUGUSTIN-BIRCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEETRON BATTEN,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON
## DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 3 AND 4

This cause is before the undersigned United States Magistrate Judge upon order of reference from the Honorable Robin L. Rosenberg. DE 61. The Court held a hearing on November 28, 2023, on the Petition for Warrant for Offender under Supervision (the "Petition"). DE 55. Assistant United States Attorney Felipe Plechac-Diaz and Assistant United States Attorney Laurence Bardfeld appeared on behalf of the Government. Attorney Emmanuel Perez appeared on behalf of Defendant, who was also present. United States Probation Officer Andrew Buban appeared on behalf of United States Probation.

    1.    The Petition was filed in this case on June 1, 2023, and it charges the Defendant with the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about May 23, 2023, in Broward County, Florida, the defendant committed the offense of Possession of cocaine, contrary to Florida Statute 893.13(6)(a). |
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On May 19, 2023, the defendant submitted a urine specimen which tested positive for the presence of |

|  |  |
|---|---|
|  | cannabinoids in our local laboratory, and is pending confirmation with Alere Toxicology Services, Incorporated. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by refusing to submit to drug testing. On May 26, 2023, the defendant was instructed to submit to drug testing and failed to do so. |
| **Violation Number 4** | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On May 26, 2023, during a phone conversation, the defendant was instructed to report to the U.S. Probation Officer on May 26, 2023, and he failed to comply. |

2. During the hearing, Defendant stated that he wished to admit to Violation Numbers 3 and 4 as set forth in the Petition.

3. The Court advised Defendant of his right to have the District Judge assigned to this case conduct the hearing to accept his admission. The Court advised that it was conducting the hearing at the request of Defendant, his attorney, and the Assistant United States Attorney assigned to the case. The Court advised that the District Judge assigned to the case will be the sentencing Judge, will schedule and conduct the sentencing hearing, and will make all findings and rulings concerning Defendant's sentence. The Court advised that Defendant did not have to permit the Court to conduct the hearing and could request that the District Judge conduct the hearing instead. Defendant, his attorney, and the Assistant United States Attorney all consented to have a United States Magistrate Judge conduct the hearing to accept his admission.

4. Defendant then admitted to Violation Numbers 3 and 4 as set forth in the Petition. The Government agreed to dismiss Violation Numbers 1 and 2.

5. The Government read into the record the possible maximum penalties Defendant faces. Defendant stated that he understood the penalties.

6. The Court questioned Defendant on the record to make certain that he understood his right to an evidentiary hearing. Defendant acknowledged that he understood his rights and

that, if his admission is accepted, all that will remain is for the District Judge to conduct a sentencing hearing for final disposition of this matter.

7.  The Government proffered a factual basis for the admissions into the record. Defendant agreed that the facts as stated by the Government are true and correct and that the Government could prove those facts if an evidentiary hearing were held in this matter.

8.  Having considered the facts and Defendant's admission thereto, the Court finds that there is a sufficient factual basis to support Defendant's admission to Violation Numbers 3 and 4 as set forth in the Petition.

**ACCORDINGLY**, this Court recommends that the District Court accept Defendant's admission to Violation Numbers 3 and 4 as set forth in the Petition, find that Defendant violated the terms of his supervised release, and conduct a sentencing hearing for the final disposition of this matter.

The parties have 14 days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case. Under Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives a party's right to review and bars the party from attacking on appeal any legal rulings or factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Lauderdale, Florida, this 29th day of November, 2023.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE